UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ERIE INSURANCE COMPANY, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ELECTROLUX HOME PRODUCTS, INC., )<br>et al., )<br> )<br>Defendants. ) | 3:20-CV-00319-DCLC |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 90 days after a complaint is filed. If a plaintiff misses the 90-day deadline, "the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed.R.Civ.P. 4(m). However, upon a showing of good cause by the plaintiff, "the court must extend the deadline for service for an appropriate period." *Id*.

Plaintiff filed this complaint on July 17, 2020 [Doc. 1]. Summons was issued as to all Defendants on July 20, 2020 [Doc. 3]. Defendants Electrolux Home Products, Inc., Electrolux North America, Inc., and Midea America Corp have answered [Docs. 7, 8, 11]. However, as of the filing of this Order, Plaintiff has not returned summons as executed as to Defendants (1) GD Midea Air Conditioning Equipment, Ltd., (2) Midea Group Co., Ltd., and (3) Midea International Trading Co., Ltd. and these Defendants have not filed an answer. Therefore, it is hereby **ORDERED** that Plaintiff shall **SHOW CAUSE** on or before **December 2, 2020**, why these Defendants should not

be dismissed for failure to prosecute as it has failed to properly effect service within the time allowed by Federal Rule of Civil Procedure 4(m).

SO ORDERED:

s/ Clifton L. Corker
United States District Judge