UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ERIE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) 3:20-CV-00319-DCLC |
| | ) |
| vs. | ) |
| | ) |
| ELECTROLUX HOME PRODUCTS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 18, 2020, the Court ordered Plaintiff to show cause by December 2, 2020 why Defendants GD Midea Air Conditioning Equipment, Ltd., Midea Group Co. Ltd, and Midea International Trading Co. should not be dismissed for failure to prosecute as it has failed to properly effect service within the time allowed by Federal Rule of Civil Procedure 4(m) [Doc. 13]. Plaintiff was put on notice that if it did not obtain service, then the Court must dismiss the Defendants pursuant to Fed.R.Civ.P. 4(m).

As of the filing of this order, Plaintiff has not returned the summons as executed, nor has it shown good cause why it has not perfected service. Therefore, as Plaintiff has still not obtained service according to Fed.R.Civ.P. 4(m) and has not shown cause why it has failed to do so, Defendants GD Midea Air Conditioning Equipment, Ltd., Midea Group Co. Ltd, and Midea International Trading Co. are **DISMISSED without prejudice**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge