**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| ERIE INSURANCE COMPANY, as subrogee of Anthony Liakonis and Lori Liakonis, <br><br>     Plaintiff, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., ELECTROLUX NORTH AMERICA, INC., GD MIDEA AIR CONDITIONING EQUIPMENT, LTD., MIDEA GROUP CO., LTD., MIDEA AMERICA CORPORATION, and MIDEA INTERNATIONAL TRADING CO., LTD., <br> _____ | No. 3-20-cv-00319-DCLC-DCP |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST**
**ALL REMAINING DEFENDANTS**

Plaintiff, Erie Insurance Company, and the remaining Defendants, Electrolux Home

Products, Inc., Electrolux North America, Inc., and Midea America Corp., by and through their

counsel, pursuant to Rule 41(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to

the dismissal with prejudice of all claims asserted against the remaining Defendants, each party

to bear its own costs and fees.

Respectfully stipulated to and submitted this 23rd day of March 2021 by:

| | |
|---|---|
| /s/ John W. Reis <br> John W. Reis, Esquire (BPR# 024818) <br> FOX ROTHSCHILD, LLP <br> 101 N. Tryon, Suite 1300 <br> Charlotte, NC 28246 <br> Phone: 704-384-2692 <br> Cell: 704-560-2554 <br> Fax: 704-384-2800 <br> Email: jreis@foxrothschild.com <br> Attorney for Plaintiff | /s/ W. Kyle Carpenter <br> W. Kyle Carpenter, Esquire (BPR# 005332) <br> WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC <br> Email: kylew@wmbac.com <br> Email: watsond@wmbac.com <br> Attorney for Defendants Electrolux Home Products, Inc., Electrolux North America, Inc. and Midea America Corp. |

d

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, a copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL REMAINING DEFENDANTS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

W. Kyle Carpenter, Esquire (BPR# 005332)
WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
Email: kylew@wmbac.com
Email: watsond@wmbac.com
Website: www.wmbac.com
Attorney for Defendants Electrolux Home Products, Inc., Electrolux North America, Inc. and Midea America Corp.

Benjamin Hartwell
Edward Greenberg
WARD GREENBERG
1835 Market Street,
Suite 650
Philadelphia, PA 19103
Email: bhartwell@wardgreenberg.com
Email: egreenberg@wardgreenberg.com
Attorneys for Defendants Electrolux Home Products, Inc., Electrolux North America, Inc. and Midea America Corp.

Respectfully submitted this 23rd day of March 2021 by:

/s/ John W. Reis
John W. Reis
Tennessee Bar No. 024818